# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT TYNSKY, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | CASE NUMBER:   C20-0162-RAJ |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

____  **Jury Verdict.**  This action comes before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

By Order of the Court, petitioner's petition for writ of habeas corpus, and this action, are dismissed without prejudice for failure to exhaust state court remedies.  In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States Courts, a certificate of appealability is denied.

Dated this 9th day of April, 2020

WILLIAM M. MCCOOL
Clerk

Michael Williams
Deputy Clerk